AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

American Insurance Managers, Inc.;
American Insurance Management Group,
Inc.; Atlanta Insurance Marketing, Inc.,
Essex Holdings, Inc.,
        *Plaintiff*s

v.                                              Civil Action No.     1:07-1615-MBS

Guarantee Insurance Company, Steven M.
Mariano, Lucia A. Tompkins, Patriot
Insurance Management Company,
        *Defendant*s

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: judgment is entered for the defendants, Guarantee Insurance Company, Steven M. Mariano, Lucia A. Tompkins, Patriot Insurance Management Company, against the plaintiffs, American Insurance Managers, Inc., American Insurance Management Group Inc., Atlanta Insurance Marketing Inc., Essex Holdings Inc., and this case is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge presiding. The Court having entered and order of judgment on March 29, 2011 granting the defendants' motion for judgment based on the arbitrator's decision.

Date:   March 29, 2011                                      *CLERK OF COURT*

                                                                                               s/Angie Snipes

                                                                  *Signature of Clerk or Deputy Clerk*